**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00344-CV**
_____

**IN RE CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, TIME WARNER CABLE INFORMATION SERVICES (TEXAS) LLC, AND TAYLOR BRITT**

_____

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-202,984**

_____

**ORDER**

Charter Communications Holding Company, LLC, Time Warner Cable Information Services (Texas) LLC, and Taylor Britt, Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number B-202,984, *Samantha McCormick and Christopher McCormick v. Charter Communications Holding Company, LLC, Time Warner Cable Information Services (Texas) LLC, and Taylor Britt.* Relators seek a writ compelling the Honorable Justin Sanderson, Judge of the 60th District Court of

1

Jefferson County, Texas, to vacate the November 9, 2021 trial setting and enter a scheduling order that provides Relators with no less than six months' time to conduct additional discovery, as well as the opportunity to designate additional expert witnesses. *See* Tex. Gov't Code Ann. § 22.221.

Relators request that the trial be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial in Trial Cause Number B-202,984 is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Parties in Interest, Samantha McCormick and Christopher McCormick, is due November 18, 2021.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED November 8, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2